**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MOHAMMED ARRASSI** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.  25-4296** |
| | : | |
| **SIGNIFY HEALTH, LLC** | : | |

## ORDER

   **AND NOW**, this 4th day of May 2026, upon review of Defendant's Motion to Compel Arbitration and to Stay Proceedings (ECF No. 12) in this matter, as well as Plaintiff's opposition thereto and Defendant's reply, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **DENIED without prejudice** to its right to refile said motion upon the conclusion of a brief period of discovery.

2. The parties shall have 30 days to complete limited discovery solely as to the validity of the Arbitration Agreement.

3. After this brief discovery period, each side shall be permitted to file a supplemental brief on or before June 30, 2026, regarding the validity of the Arbitration Agreement.

**BY THE COURT:**

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**